DATE ___July 16, 2004___

LOCATION ___BEAUMONT DIVISION___

JUDGE ___THAD HEARTFIELD___

DEPUTY CLERK _Jill Veazey_

RPTR/ECRO _Frank McMillan_

TAPE # _____

USPO _____

INTERPRETER_____

BEGIN ___10:42___

CASE NUMBER _____ 1.03cr173-1

USA    John Stevens, Joe Batte    Assigned

VS    _____    Appeared

SHANNON WAYNE AGOFSKY

Defendant

Patrick Black, Douglas Barlow

Attorney

**FILED**

A.M. ___July 16___ 20 _04_

DAVID J. MALAND, CLERK

U.S. DISTRICT COURT

By___BC___

**DEPUTY**

## SENTENCING

[X] ksen. . . .    Sentencing held    [ ] ksen . . .    Sentencing called

[ ] . . . . . .    Court adopts presentence report

[ ] . . . . . .    Court adopts presentence report w/exception of: _____

[ ] . . . . . .    Court departs from guidelines    [ ] on motion of the govt    [ ] other: _____

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | Death penalty | | | | | | | $100.00 |
| 2 | Death penalty | | | | | | | $100.00 |
| | as imposed by jury verdict | | | | | | | T=200.00 |

**SPECIAL CONDITIONS:**

[ ] . . . . . .    Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

[ ] . . . . . .    Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

[ ] . . . . . .    Dft shall not possess a **firearm** or other destructive device.

[ ] . . . . . .    Dft shall provide the probation officer with access to any requested **financial information**.

[ ] . . . . . .    Dft shall participate in a program of **testing and treatment for drug/alcohol abuse**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

[ ] . . . . . .    Dft shall participate in a program of **mental health treatment**, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

[ ] . . . . . .    Dft shall perform _____ hours of **community service** as directed by the probation officer.

[ ] . . . . . .    Dft placed on **home detention** for a period of ____ months, to commence (immediately/immediately following release from imprisonment/on _____ ). During this time dft shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones for the above period.

[ ] . . . . . .    Dft shall reside in a **community corrections center** for a period of ____months to commence on _____, and shall observe the rules and regulations of that facility.

[X] . . . . . .    Dft remanded to the USM. [ ] Denial of ___ Federal benefits for a period of _____ years ending _____.

[ ] . . . . . .    Dft ordered to surrender_____ to    [ ] USM  [ ] designated institution.

[ ] kbnd. . . .    Dfts [ ] set [ ] reduced to $_____ [ ] cash [ ] surety [ ] 10 % [ ] PR [ ] unsecured. [ ] kocondrls.

[ ] . . . . . .    Bond continued [ ] previous bond in this case $ _____ type _____ [ ] other case No. _____

[X] kdismcntgv.    Counts 1 & 2 indict. dismissed on govt's motion. [ ] kdismcntoth._____.

[ ] . . . . . .    Dft failed to appear    [ ] Koralo.. Order for arrest warrant  [ ] bond forfeited.

[X] . . . . . .    **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

[ ] kpsi. . . .    Presentence Report Sealed.    [ ] P.S.I. (Sentencing Portion Only) Sealed.    [X] kminf.... Minutes filed.

CRIM 92-118    [X] See reverse/attached for additional proceedings    10:52 Adjourn

CASE NO.    1:03cr230-1 _____ USA vs. Toni Elaine Patterson _____ Page 2

ADDITIONAL PROCEEDINGS:

10:42 Court begins Sentencing hearing.  Court addresses parties.  10:45 Mr. Black addresses court.  Mr. Black request that the govt be required to elect between Counts 1 and 2.  Mr. Stevens responds.  10:46 Court enters judgment.  Govt and Deft motions to replace large exhibits with paper size.  Court grants motion.  Court advises deft that he has a right to appeal.  10:51 Mr. Black states motion to extend time to file a motion for a new trial.  Court will grant motion for extension of time.  10:52 Court adjourned.